**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Burris BURKETT, Defendant-Appellant.**

**No. 30636**

**Summary Calendar.\***

United States Court of Appeals, Fifth Circuit.

July 26, 1971.

Rehearing Denied Aug. 27, 1971.

Ian F. Gaston, Mobile, Ala. (Court-appointed), for defendant-appellant.

C. S. White-Spunner, Jr., U. S. Atty., Irwin W. Coleman, Jr., Asst. U. S. Atty., Mobile, Ala., for plaintiff-appellee.

\* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.